[No. 5563–9–III.   Division Three.   June 28, 1984.]

MARK K. HOLLENBACK, ET AL, *Respondents,* v. HOLLENBACK
MOTORS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81–2–03341–0, Richard J. Ennis, J. Pro

Tem., entered November 30, 1982. *Reversed* and *remanded* by unpublished per curiam opinion.